1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**
Jul 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: A hard drive containing digital images of an Apple iPhone Serial Number FK3QDQYAGRYD, Apple iPhone Serial Number F2LTUCRFHFY0, Apple iPad Mini Serial Number F85LLDFEF19M, Apple Laptop Model A1278 Serial Number CPWLQJ4ZDTY3 with Samsung 500 GB hard drive inside of laptop Serial Number S2YGJ9HDB00161, CURRENTLY LOCATED AT 501 I Street Suite 12-200, Sacramento, California 95814 | CASE NO: 2:21-SW-0291 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated:  July 12, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE